DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
WARREN METLITZKY, State Bar #220758
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3916
Facsimile:    (415) 554-3837
E-Mail:       warren.metlitzky@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO [erroneously sued herein as "SAN FRANCISCO COUNTY GENERAL HOSPITAL"]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY ARTHUR HERBERT, JR.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO COUNTY GENERAL HOSPITAL; REGENTS OF UNIVERSITY OF CALIFORNIA,<br><br>　　　　　Defendants. | Case No. C-08-5748 CW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND THE TIME FOR DISCOVERY AND DEFENDANT'S SUMMARY JUDGMENT MOTION** |

　　　　Pursuant to Federal Rule of Civil Procedure 16(b) the parties have met and conferred and agree that the discovery and summary judgment deadlines in this matter shall conform to the terms of this ORDER.

　　　　GOOD CAUSE APPEARING, the parties stipulate, through their attorneys of record and in propria persona, to the entry of an order as follows:

　　　　1.　　Defendants believe that a summary judgment motion will resolve this case in its entirety. Defendants have been unable to obtain discovery they sought in order to bring a summary judgment motion.

2. Due to Plaintiff's recent incarceration and inability to respond to Defendant's discovery, and due to Defendant's need for additional time to complete discovery prior to filing a summary judgment motion, the cut-off for fact discovery shall be re-opened and extended to December 31, 2009.

3. The deadline for disclosure of expert witnesses shall be extended to March 28, 2010.

4. The deadline for the close of expert witness discovery, including depositions of experts, shall be extended to May 8, 2010.

5. Due to this extension in the discovery schedule, Defendant's deadline to file a motion for summary judgment shall be extended to January 29, 2010.

6. Plaintiff's deadline to file an opposition to Defendant's summary judgment motion will be no later than sixty days after the date on which Defendant's motion is filed.

7. Defendant's deadline to file a reply brief in support of its summary judgment motion will be no later than thirty days after the date on which Plaintiff's opposition is filed.

8. The parties further stipulate that if this order is not granted, the City has seven days after denial to file its motion to compel discovery responses and to extend discovery and summary judgment deadlines.

IT IS SO STIPULATED.

Dated: September 4, 2009

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
WARREN METLITZKY
Deputy City Attorney

By:_____/s/ *Warren Metliltzky*_____
WARREN METLITZKY
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: September 4, 2009

By: :_____/s/ *Kerry Herbert*_____
KERRY ARTHUR HERBERT, JR.
In Propria Persona
[The filer of this document attests that concurrence in the filing of this document has been obtained from plaintiff, and shall serve in lieu of his signature.]

[PROPOSED] ORDER

For Good Cause, the Court modifies the discovery and summary judgment deadlines as listed above.

IT IS SO ORDERED.

Dated: September 14, 2009



By: _____
HON. CLAUDIA WILKEN
United States District Judge

IT IS SO ORDERED
Judge Claudia Wilken