1
2
3
4
5        UNITED STATES DISTRICT COURT
6        NORTHERN DISTRICT OF CALIFORNIA
7
8   KERRY ARTHUR HERBERT, JR.            No. C-08-5748 CW (EMC)
9           Plaintiff,
                                         **ORDER GRANTING DEFENDANT'S**
10      v.                               **MOTION TO COMPEL; AND REPORT**
                                         **AND RECOMMENDATION RE**
11  CITY & COUNTY OF SAN FRANCISCO, *et* **DEADLINE FOR FILING MOTION FOR**
    *al.*,                               **SUMMARY JUDGMENT**
12
            Defendants.                  **(Docket No. 23)**
13  _____/
14

15        Defendant has filed a motion to compel in which it asks that Plaintiff be ordered to (1)

16  provide initial disclosures, (2) appear for a deposition, and (3) respond to interrogatories and

17  document requests without asserting any objections.  Having considered the parties' briefs and

18  accompanying submissions, the Court hereby **GRANTS** Defendant's motion.

19        More specifically, the Court orders as follows.

20        (1)    Plaintiff shall serve initial disclosures on Defendant no later than **February 24, 2010**.

21        (2)    Plaintiff shall serve responses to interrogatories and document requests no later than

22  **February 24, 2010**.  Any objections are deemed waived.

23        (3)    Plaintiff shall appear for a deposition no earlier than **February 25, 2010**, and no later

24  than **March 10, 2010**.  The parties shall meet and confer to determine a mutually agreeable date for

25  the deposition between **February 25 and March 10**.  The deposition must be held by **March 10,**

26  **2010**.

27        The Court warns Plaintiff that, should he fail to comply with this Court order, Defendant

28  may move for sanctions, including monetary sanctions or even the sanction of dismissal.  Failure to

1  comply with this order can lead to a finding of contempt as well. At this juncture, however, the

2  Court shall not issue any sanctions, or recommend that any sanctions be issued, based on Plaintiffs'

3  failure to provide disclosures and/or discovery.

4      Finally, the Court **RECOMMENDS** that Defendant be given until March 24, 2010, to file a

5  motion for summary judgment so that discovery will be completed prior to the filing. Currently,

6  Defendant's motion for summary judgment is due on February 26, 2010. *See* Docket No. 35 (order,

7  filed on 1/25/2010). The recommended change in schedule will not affect the trial schedule since, as

8  of date, no trial date has been set.

9      This order disposes of Docket No. 23.

10

11      IT IS SO ORDERED.

12

13  Dated: February 3, 2010

14  _____

15  EDWARD M. CHEN
    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5                 UNITED STATES DISTRICT COURT

6                 NORTHERN DISTRICT OF CALIFORNIA

7

8   KERRY ARTHUR HERBERT, JR.              No. C-08-5748 CW (EMC)

9           Plaintiff,

10      v.
                                           **CERTIFICATE OF SERVICE**
11  CITY & COUNTY OF SAN FRANCISCO, *et
    al.*,
12
            Defendants.
13  _____/

14

15      I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern

16  District of California.  On the below date, I served a true and correct copy of the attached, by placing

17  said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing

18  said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery

19  receptacle located in the Office of the Clerk.

20  Kerry Arthur Herbert
    25125 Santa Clara Street, #165
21  Hayward,  CA 94541

22  Dated:  February 3, 2010            RICHARD W. WIEKING, CLERK

23

24                                 By: _____/s/_____
                                       Leni Doyle
25                                     Deputy Clerk

26

27

28